### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREA STRAUB**<br><br>        **v.**<br><br>**CBS BROADCASTING, INC.** | **CIVIL ACTION**<br><br>**NO.  14-5634** |

## ORDER

**AND NOW**, this <u>11th</u> day of March, 2016, upon review of Defendants' Motion for Summary Judgment (ECF 30) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that said Motion is **DENIED.**

**BY THE COURT:**

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-5634 straub v. cbs broadcasting\14cv5634 MSJ Order.doc