**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREA STRAUB**<br><br>     v.<br><br>**CBS BROADCASTING, INC.** | **CIVIL ACTION**<br><br>**NO.  14-5634** |

**ORDER**

**AND NOW**, this 25th day of April, 2016, upon review of Defendants' Motion for Reconsideration or Alternatively, Certification for Interlocutory Appeal (ECF 59) and all related responses and submissions, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that said Motion is **DENIED**.

**BY THE COURT:**

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-5634 straub v. cbs broadcasting\14cv5634 MTR Order.doc