IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ANDREA STRAUB, :
:
      Plaintiff, :
:
      v. : Civ. Action No. 14-cv-5634-MMB
:
CBS BROADCASTING INC., :
:
      Defendant. :

_____

**MOTION *IN LIMINE* NO. 4 OF DEFENDANT CBS3 TO PRECLUDE REFERENCES TO GUIDELINES OF OTHER NEWS ORGANIZATIONS**

    Defendant CBS Broadcasting Inc. ("CBS3") respectfully moves, pursuant to Local Rule 7.1 and this Court's Order, *in limine*, to preclude references to journalistic standards promulgated by other news organizations. In support of its Motion, CBS3 hereby incorporates by reference its accompanying Memorandum of Law, and all accompanying documents.

Dated: April 29, 2016

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: /s/ Gayle C. Sproul

Gayle C. Sproul (GCS8092)
Michael D. Sullivan (admitted *pro hac vice*)
Mara J. Gassmann (admitted *pro hac vice*)

1760 Market Street, Suite 1001
Philadelphia, PA 19103
Tel: (215) 988-9778
Fax: (215) 988-9750
gsproul@lskslaw.com
msullivan@lskslaw.com
mgassmann@lskslaw.com

*Attorneys for Defendant CBS Broadcasting Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing Motion and all accompanying documents to be served upon all counsel of record via the Court's CM/ECF system.

Dated: April 29, 2016

                                                  */s/   Gayle C. Sproul*
                                                  Gayle C. Sproul