# EXHIBIT 4

to the

MOTION *IN LIMINE* NO. 4 OF DEFENDANT CBS3 TO PRECLUDE
REFERENCES TO GUIDELINES OF OTHER NEWS ORGANIZATIONS

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

```
ANDREA STRAUB,                 :  CIVIL ACTION
                               :
            Plaintiff,         :  NO. 2:14-cv-05634-MMB
                               :
      vs.                      :
                               :
                               :
CBS BROADCASTING, INC., t/a    :
CBS 3,                         :
                               :
            Defendant.
```

- - -

Oral sworn testimony of WALTER E. HUNTER, held at THE BEASLEY FIRM, LLC, 1125 Walnut Street, Philadelphia, Pennsylvania, taken on Tuesday, February 3, 2015, commencing at 12:05 p.m., before Lynda DiGrazio-Smith, a NJ Certified Court Reporter (Lic. #30XI002212), Certified Livenote Reporter, Licensed CaseViewNet Realtime Provider and Notary Public within and for the State of New Jersey.

ZANARAS REPORTING & VIDEO
Registered Professional Reporters

1845 Walnut Street, Suite 938    2112 Bay Avenue

Philadelphia, PA 19103           Ocean City, NJ 08226

215.790.7857                     877.GO.DEPOS

Page 2

1   APPEARANCES:
2
            THE BEASLEY FIRM
3
            BY:  JAMES E. BEASLEY, JR., ESQUIRE
4
            1125 Walnut Street
5
            Philadelphia, Pennsylvania 19107
6
            215.592.1000
7
            jim.beasley@beasleyfirm.com
8
            COUNSEL FOR PLAINTIFF
9
10
            LEVINE, SULLIVAN, KOCH & SCHULTZ, LLP
11
            BY:  MICHAEL D. SULLIVAN, ESQUIRE
12
            1899 L Street, NW, Suite 200
13
            Washington, DC 20036
14
            202.508.1116
15
            msullivan@lskslaw.com
16
            COUNSEL FOR DEFENDANT
17
18
19
20
21
22
23
24

WALTER E. HUNTER

Page 34

1  Q. Have you won awards for investigative
2  reporting?
3  A. Yes.
4  Q. As a matter of fact, you won something
5  from the Society of Professional Journalists; is
6  that right?
7  A. Yes.
8  Q. What is the Society of Professional
9  Journalists?
10 A. It's a professional society of
11 journalists which would probably roughly equivalent
12 to, well a very small way to the bar association,
13 medical profession, it's a group of professional
14 journalists.
15 Q. You accepted an award from them for some
16 of your reporting in the past. Correct?
17 A. Yes.
18 Q. Are you a member of the Society of
19 Professional Journalists?
20 A. No.
21 Q. So with regard to your 42, 43 years of
22 investigative reporting, when you spoke with Officer
23 Pepitone, did you ask her whether there was a
24 source, other than Eric Welsh, for the allegations

Page 156

1           C E R T I F I C A T I O N

2           I, Lynda DiGrazio-Smith, a NJ Certified

3 Court Reporter (License No. 2212) and Notary Public of

4 the State of New Jersey, do hereby certify that the

5 proceedings, evidence, and objections upon the

6 deposition of WALTER E. HUNTER, are contained fully

7 and accurately in the stenographic notes taken by me

8 upon the foregoing matter, on February 3, 2015, and

9 that this is a true and correct transcript of same.

10           I further certify that I am neither an

11 attorney nor counsel of any of the parties in the

12 above proceedings, nor a relative or employee of any

13 attorney or counsel employed by the parties hereto,

14 nor financially interested in the outcome of the

15 within proceedings.

16

17          *[signature]*

18          _____

19          LYNDA DIGRAZIO-SMITH, Certified

20          Court Reporter of the State

21          of New Jersey License No. 30XI002212

22          Notary No. 2174751

23

24 My notary commission expires August 7, 2016.