# EXHIBIT 5

to the

MOTION *IN LIMINE* NO. 4 OF DEFENDANT CBS3 TO PRECLUDE
REFERENCES TO GUIDELINES OF OTHER NEWS ORGANIZATIONS

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYVANIA

- - -

```
ANDREA STRAUB                  : CIVIL ACTION
                               : NO. 2:14-cv-05634-MMB
        Plaintiff,             :
                               :
   -vs-                        :
                               :
CBS BROADCASTING, INC.,        :
t/a CBS 3                      :
                               :
        Defendants,            :
```

- - -

Oral deposition of CHRIS MAY, was taken pursuant to notice, held at THE BEASLEY FIRM, LLC, 1125 Walnut Street, Philadelphia, Pennsylvania, commencing at 10:40 a.m., August 4, 2015, before Micheline Brown, License No. 30XI00230800, Certified Court Reporter, Delaware Certified, 263-RPR and Notary Public, there being present:

- - -

ZANARAS REPORTING & VIDEO
REGISTERED PROFESSIONAL REPORTERS
1845 Walnut Street, Suite 938   2112 Bay Avenue
Philadelphia, PA  19103  Ocean City, NJ  08226
(215) 790-7857            1-877-GODEPOS

Page 2

1    A P P E A R A N C E S:

2

3    THE BEASLEY FIRM, LLC
     BY:  JAMES E. BEASLEY, ESQUIRE
4    1125 Walnut Street
     Philadelphia, Pennsylvania 19107
5    (856) 592-1000
     Counsel for Plaintiff
6

7

8    LEVINE SULLIVAN KOCH & SCHULZ, LLP
     BY:  MICHAEL D. SULLIVAN, ESQUIRE
9         MARA J. GASSMANN, ESQUIRE
     1899 L. Street, NW
10   Suite 200
     Washington, DC 20026
11   (202) 508-1104
     E-mail: Msullivan@lskslaw.com
12           Mgassmann@lskslaw.com
     Counsel for Defendants
13

14

15

16   ALSO PRESENT: Joseph F. Richburg, CBS
                   Assistant General Counsel Litigation
17                 Andrea Straub

18

19

20

21

22

23

24

Page 58

1    discussing?
2        A.    That's correct.
3        Q.    Are you a member of the Society of
4    Professional Journalists?
5        A.    Am I a member, I am not.
6        Q.    Are you a member of any professional
7    societies?
8        A.    I am not.
9        Q.    At any time during your career have you been
10   a member of any professional journalists societies?
11       A.    I don't believe so, no.
12       Q.    What are you doing today?
13       A.    What am I doing today?
14       Q.    I know you have your deposition but in terms
15   of working?
16       A.    In terms of working I'm not working at the
17   present time.
18       Q.    When was it that you left CBS 3?
19       A.    June 30th of this year.
20       Q.    Do you have an understanding as to why?
21       A.    There was a new general manager who came to
22   CBS 3 back in May and he made the decision to re-vamp our
23   on air teams that included myself, our chief metrologist
24   and our sports director among others leaving the station.

Page 68

1      C E R T I F I C A T I O N

2

3      I, Micheline Brown, a Court Reporter and
4  Notary Public for the Commonwealth Of
5  Pennsylvania, do hereby certify the foregoing to
6  be a true and accurate transcript of my original
7  stenographic notes taken at the time and place
8  herein before set forth.

9

10

11

12  _____
13  Micheline Brown
14  Court Reporter
15  Notary Public

16

17

18  DATED:  August 4, 2015

19

20      (The foregoing certification of this
21  transcript does not apply to any reproduction of
22  the same by any means, unless under the direct
23  control and/or supervision of the certifying
24  shorthand reporter.)