IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

ANDREA STRAUB,                              :
                                            :
       Plaintiff,                         :
                                            :
       v.                                 :   Civ. Action No. 14-cv-5634-MMB
                                            :
CBS BROADCASTING INC.,                      :
                                            :
       Defendant.                         :

_____

## ORDER

**AND NOW**, this ___ day of _____, 2016, upon consideration of defendant's Motion *in Limine* No. 4 to Preclude References to Guidelines of Other News Organizations, and the arguments and submissions of the parties relating thereto, it is hereby **ORDERED** that the Motion *in Limine* is **GRANTED**. The Court hereby **PRECLUDES** references to journalistic standards promulgated by other news organizations.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.